FILED 2009 DEC 18 PM 1:40
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $4,726.51 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $1,181.63 | $0.00 | $1,181.63 | $1,181.63 | $3,544.88 |
| | Marc P. Gertz, Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $3,544.88 |
| | Subtotals For Class Administrative 100.00% | | | $1,181.63 | $0.00 | $1,181.63 | $1,181.63 | |
| 1 | National City Bank, c/o Jack E. Christopher, V.P., Locator Number 01-7521, 23000 Millcreek Blvd., Highland Hills, Ohio 44122-5720 | Unsecured | 300 | $75,406.37 | $0.00 | $75,406.37 | $1,718.47 | $1,826.41 |
| 2 | National City Bank, c/o Jack E. Christopher, V.P., Locator Number 01-7521, 23000 Millcreek Blvd., Highland Hills, Ohio 44122-5720 | Unsecured | 300 | $49,938.18 | $0.00 | $49,938.18 | $1,138.06 | $688.35 |
| 3 | Distillata, PO Box 93845, Cleveland, OH 44101 | Unsecured | 300 | $178.25 | $0.00 | $178.25 | $4.06 | $684.29 |
| 4 | CHASE BANK USA, PO BOX 15145, WILMINGTON, DE 19850 | Unsecured | 300 | $1,190.66 | $0.00 | $1,190.66 | $27.13 | $657.16 |
| 5 | CHASE BANK USA, PO BOX 15145, WILMINGTON, DE 19850 | Unsecured | 300 | $5,398.41 | $0.00 | $5,398.41 | $123.03 | $534.13 |
| 6 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701 | Unsecured | 300 | $520.00 | $0.00 | $520.00 | $11.85 | $522.28 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT, PO Box 248809, Oklahoma City, OK 73124-8809 | Unsecured | 300 | $9,344.30 | $0.00 | $9,344.30 | $212.95 | $309.33 |
| 8 | ADVANTA BANK CORP, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701 | Unsecured | 300 | $4,796.46 | $0.00 | $4,796.46 | $109.31 | $200.02 |
| 9 | David L. Sommers, AIA Architect, 136 N. Water Street, Kent, OH 44240 | Unsecured | 300 | $2,658.50 | $0.00 | $2,658.50 | $60.59 | $139.43 |
| 10 | DISCOVER BANK, DFS Services LLC, PO Box 3025, New Albany, Ohio 43054-3025 | Unsecured | 300 | $6,118.02 | $0.00 | $6,118.02 | $139.43 | $0.00 |
| | Subtotals For Class Unsecured 2.28% | | | $155,549.15 | $0.00 | $155,549.15 | $3,544.88 | |
| 2 | National City Bank, c/o Jack E. Christopher, V.P., Locator Number 01-7521, 23000 Millcreek Blvd., Highland Hills, Ohio 44122-5720 | Secured | 400 | $126,000.00 | $0.00 | $126,000.00 | $0.00 | $0.00 |
| 11 | TCF Equipment Finance, Inc., Attn: Jim Filiantrault | Secured | 400 | $64,606.08 | $0.00 | $64,606.08 | $0.00 | $0.00 |

Ck #1011 receipt # 81113

Date printed 12/17/2009 3:33 PM

Case Number: 09-50259  
Debtor Name: POKORNY, RUSSELL J.  
Date: December 17, 2009  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | 11100 Wayzata Blvd, Suite 801 Hopkins, MN 55305-5517 | | | | | | | |
| Subtotals For Class Secured | | 0.00% | | $190,606.08 | $0.00 | $190,606.08 | $0.00 | |
| | Totals | | | $347,336.86 | $0.00 | $347,336.86 | $4,726.51 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.